UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHANEL, INC.  )
9 West 57th Street  )
New York, NY 10019,  )
                               ) Case No.:
      Plaintiff,  )
                               )
vs.  )
                               )
VARIOUS JOHN DOES NOS. 1-300, and  )
XYZ COMPANIES NOS. 1-20,  )
      Defendants.  )

## PLAINTIFF'S MOTION TO FILE COMPLAINT AND MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER UNDER SEAL

Plaintiff CHANEL, INC. hereby moves to file the Complaint and Motion for Ex Parte Temporary Restraining Order in this matter under seal and states as follows:

Plaintiff desires to file a Complaint and Motion for Ex Parte Temporary Restraining Order in this matter ("the Complaint and Motion"). The purpose of the Complaint and Motion is to prevent the infringement and counterfeiting of trademarks that currently appear on fragrances, cosmetics, handbags, wallets, clothing, shoes, sunglasses, watches, costume jewelry, and hair accessories, among other goods, that are being distributed by numerous street vendors and itinerant shop keepers in Washington, D.C. However, in order to properly seize these items and prevent their sale, Plaintiff requires some element of surprise so that the vendors and shopkeepers do not remove these items from display before they are seized. Additionally, under 15 U.S.C. §1116(d)(4)(b)(ii), in order to receive an order for seizure of infringing goods from the Court, Plaintiff must show that it has not publicized the requested seizure.

WHEREFORE, Chanel, Inc. prays that this Court enter its order granting them leave to file the Complaint and Motion for Ex Parte Temporary Restraining Order under seal.

Dated: March 10th, 2008

Respectfully submitted,

*[signature]*

Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CHANEL, INC.

OF COUNSEL:
Brian W. Brokate
Angelo E. P. Mazza.
Christina L. Gardner
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)