**FILED**
MAR 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street<br>New York, NY 10019,<br><br>   Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300, and<br>XYZ COMPANIES NOS. 1-20,<br><br>   Defendants. | Case No.:<br><br>**08 0413** |

## ORDER GRANTING MOTION TO FILE COMPLAINT AND MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER UNDER SEAL

Before this Court is Plaintiff Chanel, Inc.'s Motion to File Complaint and Motion for Ex Parte Temporary Restraining Order Under Seal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Chanel, Inc.'s Motion to File Complaint and Motion for Ex Parte Temporary Restraining Order Under Seal in this proceeding is GRANTED.

_____
Acting Chief JUDGE, UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

March 10, 2008

ISSUED: 4:30 p.m.

2