UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Steet<br>New York, NY 10019<br><br>    Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>    Defendants. | Case No.: |

## PLAINTIFF'S DISCLOSURE STATEMENT
## FILED PURSUANT TO LOCAL CIVIL RULE 26.1

I, the undersigned, counsel of record for plaintiff Chanel, Inc. ("Chanel") certify that to the best of my knowledge and belief, the following are the parent companies, subsidiaries or affiliates of Chanel which have any outstanding securities in the hands of the public:

NONE

This representation is made in order that judges of this court may determine the need for recusal.

Dated: March 10th, 2008

Respectfully submitted,

*Ivan J. Snyder*
Ivan J. Snyder
D.C. Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)
ATTORNEYS FOR PLAINTIFF
CHANEL, INC.

OF COUNSEL:
Brian W. Brokate, Esq.
Angelo E. P. Mazza, Esq.
Christina L. Gardner, Esq.
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)