UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>　　　　Plaintiff,<br>　vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>　　　　Defendants. | Case No.: 08-0413 (RCL) |

## NOTICE OF FILING

　　Plaintiff Chanel, Inc. ("Chanel") hereby asks this Court to please take notice of the filing of a surety bond, which is attached hereto as Exhibit A, pursuant to the Court's order of March 11, 2008.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　POWELL GOLDSTEIN LLP

　　　　　　　　　　　　　　　　　　/s/ Ivan J. Snyder
　　　　　　　　　　　　　　　　　　Ivan J. Snyder
　　　　　　　　　　　　　　　　　　D.C. Bar No. 498461
　　　　　　　　　　　　　　　　　　901 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　Third Floor
　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　202/347-0066
　　　　　　　　　　　　　　　　　　202/624-7222 (facsimile)

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　Chanel, Inc.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY  10022
212-688-5151
212-688-8315 (facsimile)

Dated:   March 21, 2008

::ODMA\PCDOCS\WSH\445974\1