UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHANEL, INC.  )
9 West 57th Street,  )
New York, NY 10019,  )
       Plaintiff,  )  Case No.: 08-0413 (RCL)
    vs.  )
VARIOUS JOHN DOES NOS. 1-300,  )
and XYZ COMPANIES NOS. 1-20,  )
       Defendants.  )

### ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Laura Shelkey Yeo as additional Counsel of Record for the Plaintiff, Chanel, Inc.

Ms. Yeo's address and other information is as follows:

Laura Shelkey Yeo
D.C. Bar No. 437058
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202.347.0066 (telephone)
202.624.7222 (fax)

Respectfully submitted,

/s/ Laura Shelkey Yeo
Laura Shelkey Yeo
DC Bar No. 437058
Ivan J. Snyder
DC Bar No. 498461
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202/347-0066
202/624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CHANEL, INC.

OF COUNSEL:

Brian W. Brokate
Angelo E. P. Mazza
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212/688-5151
212/688-8315 (Facsimile)

Dated: March 24, 2008

::ODMA\PCDOCS\WSH\445916\1