UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br><br>        Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 08-0413 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION TO UNSEAL

Plaintiff Chanel, Inc. hereby moves to unseal this matter and states as follows:

On March 11., 2008, this Court granted Plaintiff's motion to file the Complaint and Motion for <u>Ex Parte</u> Temporary Restraining Order ("the Complaint and Motion") in this matter under seal. Plaintiff required some element of surprise so that the vendors and shopkeepers did not remove these items from display before they were seized. Plaintiff has executed seizures of these items and did not publicize the requested seizures as required under under 15 U.S.C. §1116(d)(4)(b)(ii). However, the order sealing this matter is no longer necessary and Plaintiff requests that it be lifted.

WHEREFORE, Chanel, Inc. prays that this Court enter an order unsealing this matter.

Dated: April 3, 2008                         Respectfully submitted,

                                                        /s/ Ivan J. Snyder_____
                                                        Ivan J. Snyder
                                                        D.C. Bar No. 498461
                                                        Laura Shelkey Yeo
                                                        D.C. Bar No. 437058
                                                        POWELL GOLDSTEIN LLP
                                                        901 New York Avenue, N.W.

                                  Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CHANEL, INC.

OF COUNSEL:
Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br><br>      Plaintiff,<br><br>vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 08-0413 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Chanel, Inc.'s Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Chanel, Inc.'s Motion to Unseal in this proceeding is GRANTED.

                                                           ROYCE C. LAMBERTH<br>
                                                           UNITED STATES DISTRICT JUDGE<br>
                                                           FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

April \_\_, 2008

ISSUED: _____ \_.m.

::ODMA\PCDOCS\WSH\445623\1