UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>      Plaintiff,<br>vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>      Defendants. | Case No.: 08-0413 (RCL) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Chanel, Inc. ("Chanel") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1.    On March 27, 2008, Chanel executed seizures under the terms of this Court's March 11, 2008 Order.

2.    During those seizures, Chanel identified a vendor who was trading in counterfeit Chanel merchandise. This vendor is identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3.    Based on that declaration, Chanel requests that the Court enter the Order submitted herewith naming the identified vendor individually as a defendant in this action.

WHEREFORE, Chanel respectfully requests that the Court grant its Motion to Substitute Named Defendant for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

_/s/ Ivan J. Snyder_____
Ivan J. Snyder
D.C. Bar No. 498461
Laura Shelkey Yeo
D.C. Bar No. 437058
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CHANEL, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

Dated:   April 3, 2008

::ODMA\PCDOCS\WSH\445624\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>   Plaintiff,<br>vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>   Defendants. | Case No.: 08-0413 (RCL) |

### DECLARATION OF SERVICE

1. My name is Jack Smalley. I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below. I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

2. When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's <u>Ex Parte</u> Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; Preliminary Injunction Order; and Initial Electronic Case Filing Order.

3. On March 27, 2008, service was effected on the following individuals and/or business establishments:

  (a) High Design, a business establishment located at 1257 Wisconsin Avenue, N.W., Washington, D.C. 20007. Twenty-nine counterfeit items were seized; and

  (b) Susan Duk Ja Chung, who was vending at 12th and G St. N.W., Washington, D.C.  Ms. Chung resides at 1802 Veirs Mill Rd., Rockville, Maryland 20851.  Fifty-four counterfeit items were seized; and

  (c) Many Shoe Outlet, a business establishment located at 1509 5th Street N.W., Washington, D.C. 20002.  Four hundred and fifty-six counterfeit items were seized; and

  (d) Xiu Wong, who was vending at 1309 5th Street, N.E., Washington D.C.  Ms. Wong resides at 1309 5th Street N.E., Washington, D.C. 20002.  Four hundred and thirty counterfeit items were seized; and

  (e) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. N.W., Washington D.C. 20007.  Twelve counterfeit items were seized; and

  (f) Linda Wei, who was vending at 10th and Pennsylvania Ave., N.W., Washington, D.C.  Ms. Wei resides at 800 6th Street NW #309, Washington, D.C. 20001.  Twenty-two counterfeit items were seized.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

 Dated: April 3, 2008
    Washington, D.C.

            /s/ Jack Smalley
            Jack Smalley

::ODMA\PCDOCS\WSH\445627\1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>　　　　Plaintiff,<br>vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>　　　　Defendants. | Case No.: 08-0413 (RCL) |

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

　　John Doe 1 is Susan Duk Ja Chung; and

　　John Doe 2 is Xiu Wong; and

　　John Doe 3 is Linda Wei; and

　　XYZ Company 1 is High Design; and

　　XYZ Company 2 is Many Shoe Outlet; and

　　XYZ Company 3 is Georgetown Cutting Edge Gallery.

Dated: _____          SO ORDERED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROYCE C. LAMBERTH
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　FOR THE DISTRICT OF COLUMBIA