UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br><br>    Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 08-0413 (RCL)<br>)<br>)<br>)<br>)  **FILED**<br>)<br>)  APR - 7 2008<br>)<br>)  NANCY MAYER WHITTINGTON, CLERK<br>)  U.S. DISTRICT COURT |

### ORDER GRANTING MOTION TO UNSEAL

Before this Court is Plaintiff Chanel, Inc.'s Motion to Unseal. The Court, after reviewing the Motion, finds that it is well taken and, accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that Chanel, Inc.'s Motion to Unseal in this proceeding is GRANTED.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

Dated: Washington, D.C.

April __7__ 2008

ISSUED: __5:10 p__.m.

ODMA\PCDOCS\WSH\445623\1

3