UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHANEL, INC.  )
9 West 57th Street,  )
New York, NY 10019,  )
    Plaintiff,  )  Case No.: 08-0413 (RCL)
vs.  )
VARIOUS JOHN DOES NOS. 1-300,  )
and XYZ COMPANIES NOS. 1-20,  )
    Defendants.  )

FILED

APR - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

    John Doe 1 is Susan Duk Ja Chung; and

    John Doe 2 is Xiu Wong; and

    John Doe 3 is Linda Wei; and

    XYZ Company 1 is High Design; and

    XYZ Company 2 is Many Shoe Outlet; and

    XYZ Company 3 is Georgetown Cutting Edge Gallery.

Dated. 4/7/08

SO ORDERED:

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA