UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>        Plaintiff,<br>   vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>        Defendants. | Case No.: 08-0413 (RCL) |

## MOTION TO SUBSTITUTE NAMED DEFENDANTS FOR JOHN DOES

COMES NOW Chanel, Inc. ("Chanel ") moving this Court for an order substituting Named Defendants for John Does and respectfully shows as follows:

1. On April 16, 2008, May 7, 2008, May 29, 2008, June 7, 2008, and June 12, 2008, Chanel executed seizures under the terms of this Court's March 11, 2008 Order.

2. During those seizures, Chanel identified vendors who were trading in counterfeit Chanel merchandise. These vendors are identified in the Declaration of Jack Smalley, which is attached hereto as Exhibit A.

3. Based on that declaration, Chanel requests that the Court enter the Order submitted herewith naming the identified vendors individually as a defendants in this action.

WHEREFORE, Chanel respectfully requests that the Court grant its Motion to Substitute Named Defendant for John Does and grant it such other and further relief to which it may be justly entitled.

Respectfully submitted,

  /s/ Ivan J. Snyder
Ivan J. Snyder
D.C. Bar No. 498461
Laura Shelkey Yeo
D.C. Bar No. 437058
POWELL GOLDSTEIN LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001
202-347-0066
202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CHANEL, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)

Dated: July 31, 2008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>         Plaintiff,<br>     vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>         Defendants. | Case No.: 08-0413 (RCL) |

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

> John Doe 4 is John H. Robinson; and
>
> John Doe 5 is Ghazi O. Alrashed; and
>
> John Doe 6 is El Hadji A. Thiam; and
>
> John Doe 7 is Anne K. Kabali Kagwa; and
>
> John Doe 8 is James Sha'Reyf Doddy; and
>
> John Doe 9 is Xiu Wong; and
>
> John Doe 10 is Alssime Diagne,; and
>
> John Doe 11 is Mai Loan B; and
>
> John Doe 12 is Anne K. Kabali Kagwa; and
>
> John Doe 13 is Carl Middleton; and
>
> John Doe 14 is Abdul H. Ganizada; and

John Doe 15 is Ye Sook Lee; and

John Doe 16 is Kieth Douglas Long; and

John Doe 17 is Baba Baro; and

John Doe 18 is Mohammad Guennioui; and

John Doe 19 is Kevin Thomas; and

John Doe 20 is Martha Alupo Ochieng; and

John Doe 21 is Mohammed Conde; and

John Doe 22 is Vickie Denise McNeal; and

John Doe 23 is Amos O. Ochien; and

XYZ Company 4 is Georgetown Cutting Edge Design; and

XYZ Company 5 is Sinai Jewelry; and

XYZ Company 6 is Lucky CNN Jewelry; and

XYZ Company 7 is Beauty Island, Inc.; and

XYZ Company 8 is May Jewelry; and

XYZ Company 9 is L & D Jewelry; and

XYZ Company 10 is Desiree Jewelry;

XYZ Company 11 is Majesty Jewelry; and

XYZ Company 12 is Shangri-La, Inc.; and

XYZ Company 13 is Silver, Gold & Electronics; and

XYZ Compnay 14 is High Design; and

XYZ Company 15 is Beauty Island, Inc.; and

XYZ Company 16 is High Design; and

XYZ Company 17 is Georgetown Cutting Edge Gallery; and

XYZ Company 18 is Georgetown Cutting Edge Gallery; and

XYZ Company 19 is High Design; and

XYZ Company 20 is Beauty World; and

XYZ Company 21 is Beauty Supply; and

XYZ Company 22 is Beltway Beauty and Barber Supply; and

XYZ Company 23 is Scott's Beauty Center; and

XYZ Company 24 is Beauty Zone #2555; and

XYZ Company 25 is M & H, Inc.; and

XYZ Company 26 is D.C. Beauty Supply; and

XYZ Company 27 is Beauty Max; and

XYZ Company 28 is Towné Gift Shop.

Dated: _____     SO ORDERED:

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>　　　　　Plaintiff,<br>　　vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Case No.: 08-0413 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF SERVICE**

　　　　1.　　My name is Jack Smalley.  I am over the age of eighteen years, of sound mind and competent to testify to the facts stated below.  I am working under the direction and control of the Tontine Group, directed by Kenneth G. Cook, in the above-captioned matter.

　　　　2.　　When used in this affidavit, the term "effected service" means that the individual named herein was personally served with a Summons and copies of the Complaint; Plaintiff's <u>Ex Parte</u> Motion for a Supplemental Show Cause Order and Seizure Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order; and Initial Electronic Case Filing Order.

　　　　3.　　On April 16, 2008 , service was effected on the following individuals and/or business establishments:

　　　　　　(a)　　John H. Robinson, who was vending at K and 15th Streets NW, Washington, D.C.  Mr. Robinson resides at 5351 Bline St. NE, Washington, D.C. 20019. Seventy-seven counterfeit items were seized; and

  (b) Ghazi O. Alrashed, who was vending at K St. and Vermont Ave. NW, Washington, D.C.  Mr. Alrashed resides at 1512 Corcoran St. NW #4, Washington, D.C. 20009. Thirty-four counterfeit item were seized; and

  (c) El Hadji A. Thiam, who was vending at Prospect St. and Wisconsin Ave. NW, Washington, D.C. Mr. Thiam resides at 7600 Maple Ave. #304, Takoma Park, MD 20912. Thirteen counterfeit items were seized; and

  (d) Anne K. Kabali Kagwa, who was vending at 19th and M. Streets NW, Washington, D.C. Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, VA 22302. One counterfeit item was seized; and

  (e) John Doe, who was vending at Potomac and N Streets NW, Washington, D.C. Sixty-three counterfeit items were seized; and

  (f) Georgetown Cutting Edge Design, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.  Twenty-Three counterfeit items were seized; and

  (g) James Sha'Reyf Doddy, who was vending at 601 Indiana Ave. NW., Washington, D.C.  Mr. Doddy resides at 1426 Pennsylvania Ave. SE, Washington, D.C. 20003. Two counterfeit items were seized.

 4. On May 7, 2008 , service was effected on the following individuals and/or business establishments:

  (a) Sinai Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Eleven counterfeit items were seized; and

  (b) Lucky CNN Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Six counterfeit items were seized; and

  (c) Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009.  Forty-two counterfeit items were seized; and

   (d) Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C.. Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002. Eleven counterfeit items were seized; and

   (e) Alssime Diagne, who was vending at 13th and F Streets NW, Washington, D.C. Mr. Diagne resides at 5800 Merton Ct. #182, Arlington, VA 22311. Eighteen counterfeit item were seized; and

   (f) May Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007. Twenty-one counterfeit items were seized; and

   (g) L & D Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007. Fifty-nine counterfeit items were seized; and

   (h) Desiree Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007. Fifteen counterfeit items were seized; and

   (i) Majesty Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007. Eleven counterfeit items were seized; and

   (j) Mai Loan B, who was vending at 1748 Columbia Rd. NW, Washington, D.C. Ms. Loan B resides at 1748 Columbia Rd. NW, Washington, D.C. 20009. Seventy-nine counterfeit item were seized; and

   (k) Anne K. Kabali Kagwa, who was vending at 19th and M. Streets NW, Washington, D.C. Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, VA 22302. Five counterfeit items were seized; and

   (l) Shangri-La, Inc., a business establishment located at 1502 U St. NW, Washington, D.C. 20009. Three counterfeit items were seized; and

   (m) Silver, Gold & Electronics, a business establishment located at 1756 Columbia Rd. NW, Washington, D.C. 20009. One counterfeit item was seized.

     5.     On May 29, 2008, service was effected on the following individuals and/or business establishments:

     (a)     High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Seven counterfeit items were seized; and

     (b)     Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009. Sixteen counterfeit items were seized; and

     (c)     Carl Middleton, who was vending at 5th Street and Neal Ave. NE, Washington D.C. Mr. Middleton resides at 601 46th Place SE, Washington, D.C. 20019. Five counterfeit items were seized; and

     (d)     Abdul H. Ganizada, who was vending at L St. and Connecticut Ave. NW, Washington D.C. Mr. Ganizada resides at 301 N. Beauregard St., Alexandria, VA 22312. Eleven counterfeit items were seized; and

     (e)     Ye Sook Lee, who was vending at 915 Rhode Island Ave. NW, Washington D.C. Mr. Lee resides at 7615 Hogarth St., Springfield, VA 22151-2918. Fourteen counterfeit items were seized; and

     (f)     Kieth Douglas Long, who was vending at 4th St. and Rhode Island Ave. NE, Washington D.C. Mr. Long resides at 1730 17th St. SE, Washington, D.C. 20020. Fifteen counterfeit items were seized.

     6.     On June 7, 2008, service was effected on the following individuals and/or business establishments:

     (a)     High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Fifty-six counterfeit items were seized; and

    (b)    Baba Baro, who was vending at the Florida Avenue Market, Washington D.C.  Mr. Baro resides at 233 S. Wayne Ave. #12, Cincinnati, OH 45215.  Nineteen counterfeit items were seized; and

    (c)    Mohammad Guennioui, who was vending at the Florida Avenue Market, Washington D.C.  Mr. Guennioui resides at 5846 Neckel St., Dearborn, MI 48126.  Fifty-two counterfeit items were seized; and

    (d)    Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.  Fourteen counterfeit items were seized; and

    (e)    Kevin Thomas, who was vending at 410 Rhode Island Ave. NE, Washington, D.C.  Mr. Thomas resides at 601 Edgewood St. NE, Washington, D.C. 20017.  Two counterfeit items were seized; and

    (f)    Martha Alupo Ochieng, who was vending at Wisconsin and N Streets NW, Washington, D.C.  Ms. Ochieng resides at 14522 Banquo Terrace, Silver Spring, MD 20906.  One hundred and nine counterfeit items were seized; and

    (g)    Mohammed Conde, who was vending at the Florida Avenue Market, Washington, D.C.  Mr. Conde resides at 11215 Oak Leaf Drive Apt. 511, Silver Spring, MD 20901.  One counterfeit item was seized; and

    (h)    Vickie Denise McNeal, who was vending at the Florida Avenue Market, Washington, D.C.  Ms. McNeal resides at 9545 Sylvan Still Rd. Apt. Q, Laurel, MD 20723.  Twenty-one counterfeit items were seized.

    7.    On June 12, 2008 , service was effected on the following individuals and/or business establishments:

(a) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Two-hundred and eighty three counterfeit items were seized; and

(b) Amos O. Ochien, who was vending at Wisconsin and N Streets NW, Washington, D.C. Mr. Ochien resides at 14522 Banquo Terrace, Silver Spring, MD 20906. Twenty-six counterfeit items were seized; and

(c) High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Three counterfeit items were seized; and

(d) Beauty World, a business establishment located at 2842 Alabama Ave. SE, Washington, D.C. 20020. One hundred and forty five counterfeit items were seized; and

(e) Beauty Supply, a business establishment located at 2826 Alabama Ave. SE, Washington, D.C. 20020. Two hundred and eight counterfeit items were seized; and

(f) Beltway Beauty and Barber Supply, a business establishment located at 3218 Pennsylvania Ave. SE, Washington, D.C. 20020. One hundred and thirteen counterfeit items were seized; and

(g) Scott's Beauty Center, a business establishment located at 2324 Pennsylvania Ave. SE, Washington, D.C. 20020. One hundred and thirty-one counterfeit items were seized; and

(h) Beauty Zone #2555, a business establishment located at 3950-B Minnesota Ave. SE, Washington, D.C. 20019. Seventy-eight counterfeit items were seized; and

(i) M & H, Inc., a business establishment located at 3939 Minnesota Ave. SE, Washington, D.C. 20019. Fifty counterfeit items were seized; and

(j) D.C. Beauty Supply, a business establishment located at 4049 Minnesota Ave. SE, Washington, D.C. 20019. One hundred and sixty-five counterfeit items were seized; and

  (k) Beauty Max, a business establishment located at 1539 Maryland Ave. NE, Washington, D.C. 20002. Nineteen counterfeit item were seized; and

  (l) Towné Gift Shop, a business establishment located at 4013 Minnesota Avenue. NE, Washington, D.C. 20019. Two hundred and ninety counterfeit items were seized.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

 Dated: July 31, 2008
     Washington, D.C.

              /s/ Jack Smalley
              Jack Smalley