UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHANEL, INC.  )
9 West 57th Street,  )
New York, NY 10019,  )
       Plaintiff,  )  Case No.:  08-0413 (RCL)
    vs.  )
VARIOUS JOHN DOES NOS. 1-300,  )
and XYZ COMPANIES NOS. 1-20,  )
       Defendants.  )

## NOTICE OF FILING

Plaintiff Chanel, Inc. ("Chanel") hereby asks this Court to please take notice of the filing of its Preliminary Injunction Order which is attached hereto as Exhibit A. Chanel respectfully requests that the Court issue this Order at the hearing scheduled for August 1, 2008 at 5 p.m.

                      Respectfully submitted,

                      POWELL GOLDSTEIN LLP

                      /s/ Ivan J. Snyder
                      Ivan J. Snyder
                      D.C. Bar No. 498461
                      Laura Shelkey Yeo
                      D.C. Bar No. 437058
                      901 New York Avenue, N.W.
                      Third Floor
                      Washington, D.C. 20001
                      202/347-0066
                      202/624-7222 (facsimile)

                      ATTORNEYS FOR PLAINTIFF
                      CHANEL, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, NY  10022
212-688-5151
212-688-8315 (facsimile)

Dated:   July 31, 2008

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHANEL, INC. )
9 West 57th Street, )
New York, NY 10019, )
        Plaintiff, )  Case No.: 08-0413 (RCL)
    vs. )
VARIOUS JOHN DOES NOS. 1-300, )
and XYZ COMPANIES NOS. 1-20, )
)
        Defendants. )

## PRELIMINARY INJUNCTION ORDER

This action having been commenced by plaintiff Chanel, Inc. ("Chanel" or "Plaintiff") on March 10, 2008 against defendants alleging trademark infringement of plaintiff's trademarks and charging defendants with trademark infringement and unfair competition, and defendants John H. Robinson, Ghazi O. Alrashed, El Hadji A. Thiam, Anne K. Kabali Kagwa, Georgetown Cutting Edge Design, James Sha'Reyf Doddy, having been served on April 16, 2008, defendants Sinai Jewelry, Lucky CNN Jewelry, Beauty Island, Inc., Xiu Wong, Alssine Diagne, May Jewelry, L & D Jewelry, Desiree Jewelry, Majesty Jewelry, Mai Loan B, Anne K. Kabali Kagwa, Shangri-La, Inc., and Silver, Gold & Electronics, having been served on May 7, 2008, defendants High Design, Beauty Island, Inc., Carl Middleton, Abdul Ganizada, Ye Sook Lee, and Kieth Douglas Long, having been served on May 29, 2008, defendants High Design, Baba Baro, Mohammad Guennioui, Georgetown Cutting Edge Gallery, Kevin Thomas, Martha Alupo Ochieng, Mohammed Conde, and Vickie Denise McNeal having been served on June 7, 2008, defendants Georgetown Cutting Edge Gallery, Amos O. Ochien, High Design, Beauty World, Beauty Supply, Beltway Beauty and Barber Supply, Scott's Beauty Center, Beauty Zone #2555, M & H, Inc., D.C. Beauty Supply, Beauty Max, and Towné Gift Shop having been served on June 12, 2008 ("Defendants"), with a Summons and copies of the Complaint; Plaintiff's Ex Parte Motion for a Supplemental Show Cause Order and Seizure

Order, and supporting declarations; Supplemental Show Cause Order and Seizure Order signed by Judge Lamberth on April 7, 2008; and

It appearing to the Court that it has jurisdiction over the subject matter of this action, over the Plaintiff and over the Defendants; and

The Court having considered the Complaint and the exhibits thereto, the plaintiff's Order to Show Cause and accompanying papers and there being no opposition from Defendans;

NOW, THEREFORE, it is hereby ORDERED as follows that:

(1) Defendants and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined, pending termination of this action:

(a) From using Chanel's trademarks as shown on U.S. Trademark Registrations, including but not limited to:

| Trademark | Reg. No. | Date | Description of Goods |
|---|---|---|---|
| No. 5 | 215,556 | 7/20/26 | Perfume, toilet water. |
| No. 5 | 233,407 | 9/27/27 | Perfume, toilet water and face powder. |
| No. 5 | 422,335 | 7/16/46 | Perfume, toilet water, eau de cologne, face powder, talcum powder and bath powder. |
| CHANEL | 612,169 | 9/13/55 | Necklaces. |
| *CHANEL | 626,035 | 5/1/56 | Women's handbags. |
| *ALLURE | 635,700 | 10/9/56 | Cosmetics and toilet preparations-namely, face powder, cleansing cream, night cream, extra rich night cream, dry skin mixture, facial masque, double whipped cream, rolling massage cream, hand cream, almond lotion, pine bath oil, lipstick, dry rouge, skin freshener, special astringent, leg make-up, sachet powder, talcumpowder, skin toner, powder foundation, eau de cologne, cream deodorant, and perfume. |
| *COCO | 848,755 | 5/7/68 | Perfume and cologne. |
| *CHANEL | 902,190 | 11/10/70 | Bracelets, pins and earrings. |
| CHANEL | 955,074 | 3/13/73 | Watches. |
| *NO. 5 | 1,171,888 | 10/6/81 | Perfume, Spray Perfume, toilet water, cologne, spray cologne, bath powder, bath oil, after bath spray, milk bath, body lotion, perfumed body cream, toilet soap. |
| *CC MONOGRAM | 1,241,264 | 6/7/83 | Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, tee-shirts, capes, coats, raincoats, jackets made of feathers, shawls, scarves, shoes and boots. |
| *CHANEL | 1,241,265 | 6/7/83 | Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, tee-shirts, capes, coats, raincoats, |

|  |  |  | jackets made of feathers, shawls, scarves, shoes and boots. |
|---|---|---|---|
| **CC MONOGRAM** | 1,314,511 | 1/15/85 | Leather goods- namely, handbags, wallets, travel bags, luggage, credit card and business card cases, make-up bags and vanity cases sold empty, briefcase-type portfolios, attaché cases, change purses, suitcases, tote bags, garment bags and travellers' show bags. |
| **CHANEL** | 1,347,677 | 7/9/85 | Leather goods- namely, handbags, wallets, travel bags, luggage, credit card and business card cases, make-up bags and vanity cases sold empty, briefcase-type portfolios, attaché cases, change purses, suitcases, tote bags, garment bags and travellers' show bags. |
| ***COCO** | 1,464,184 | 11/10/87 | Body powder, body crème, bath oil and eau de perfume. |
| **CHANEL CC** | 1,464,711 | 11/10/87 | Barrettes, [combs,] hair clips, hair bands, hair bows, [collar bows,] artificial flowers. |
| ***CC MONOGRAM** | 1,501,898 | 8/30/88 | Key chains; Gift wrapping paper, brooches, button for clothing, blouses, shoes, belts, scarves, jackets, men's ties, costume jewelry, key chains. |
| **CHANEL** | 1,510,757 | 11/1/88 | Sunglasses. |
| ***5** | 1,569,109 | 12/5/89 | Perfume, eau de perfume, eau de toilette, eau de cologne, bath oil, soap, bath gel, powder, body lotion, and body crème. |
| ***CHANEL** | 1,571,787 | 12/19/89 | Watches and clocks. |
| ***CC MONOGRAM** | 1,654,252 | 8/20/91 | Sunglasses. |
| ***CHANEL** | 1,733,051 | 11/17/92 | Leather goods, namely, handbags, wallets, travel bags, luggage, business and credit card cases, change purses, tote bags, cosmetic bags sold empty, and garment bags for travel. |
| ***CC MONOGRAM** | 1,734,822 | 11/24/92 | Leather goods, namely, handbags, wallets, travel bags, luggage, business and credit card cases, change purses, tote bags, cosmetic bags sold empty. |
| **CHANCE** | 2,003,332 | 9/24/96 | Perfume, eau de parfum, eau de toilette, foam bath gel, body lotion, body cream, shower gel, body powder, toilette soap and body deodorant. |
| ***ALLURE** | 2,025,798 | 12/24/96 | Perfume, eau de toilette, body lotion and moisturizer. |
| **COCO MADEMOISELLE** | 2,557,185 | 4/2/02 | Perfumery and cosmetics products, namely eau de perfume and skin moisturizers. |
| **CC MONOGRAM** | 3,022,708 | 12/6/05 | Key chains, Ski goggles, sunglasses, luggage, handbags, totes, backpacks, travel bags, all-purpose carrying bags, umbrellas; Boots, coats, jackets, gloves, hats, pants, sandals, shirts, shoes, ski boots, sun visors, suspenders, sweatbands, swimwear; Bags specifically adopted for sports equipment, basketballs, kites, skis, ski polls, tennis rackets, tennis balls, tennis rackets covers, golf clubs, golf bags, snowboards; |
| **CC MONOGRAM** | 3,025,934 | 12/13/05 | Handbags. |
| **CC MONOGRAM** | 3,025,936 | 12/13/05 | Mobile phone straps, eyeglass frames, sunglasses; Gloves, swimwear; and Hair accessories namely barrettes and pony-tail holders. |

(hereinafter the collectively referred to as the "Chanel Registered Trademarks").  All of the Chanel Registered Trademarks are valid, subsisting and in full force and effect, and constitute prima facie evidence of the validity of the marks.  The registrations marked with an asterisk are incontestable, and serve as conclusive evidence of Chanel's exclusive right to use these registrations in connection with the identified products.

   (b) From possessing, receiving, manufacturing, distributing, advertising, promoting, returning, offering for sale or otherwise disposing of in any manner, holding for sale or selling any goods, labels, tags, logos, decals, emblems, signs, and other forms of markings, any packaging, wrappers, pouches, containers and receptacles, and any catalogs, price lists, promotional materials and the like bearing a copy or colorable imitation of Chanel's Registered Trademarks;

   (c) From using any logo, trade name, or trademark which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of defendants are sponsored by, authorized by, or in any way associated with the plaintiff;

   (d) From infringing Plaintiff's Registered Trademarks;

   (e) From otherwise unfairly competing with plaintiff;

   (f) From falsely representing themselves as being connected with plaintiff or sponsored by or associated with plaintiff;

   (g) From using any reproduction, counterfeit, copy, or colorable imitation of the trademarks of plaintiff in connection with the publicity, promotion, sale, or advertising of goods sold by defendants including, without limitation, watches and watch bracelets bearing a copy or colorable imitation of plaintiff's trademarks;

   (h) From affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to

falsely describe or represent such goods as being those of plaintiff and from offering such goods in commerce;

  (i)  From using any trademark or trade name in connection with the sale of any goods which may be calculated to falsely represent such goods as being connected with, approved by or sponsored by plaintiff; and

  (j)  From destroying, altering, disposing of, concealing, tampering with or in any manner secreting any and all business records, invoices, correspondence, books of account, receipts or other documentation relating or referring in any manner to the manufacture, advertising, receiving, acquisition, importation, purchase, sale or offer for sale, or distribution of any merchandise bearing the plaintiff's trademarks.

(2)  Defendants, their officers, agents, servants, employees and attorneys and all persons in active concert or participation with them are hereby enjoined, pending the final hearing and determination of this action, from transferring, discarding, destroying or otherwise disposing of the following in the possession, custody or control of the Defendants:

  (a)  All merchandise bearing any copy or counterfeit of the Chanel trademarks or any markings substantially indistinguishable therefrom;

  (b)  All labels, tags, logos, emblems, signs, and other forms of markings, all packaging, wrappers, pouches, containers and receptacles, and all advertisements, catalogs, price lists, guarantees, promotional materials and the like bearing any copy or counterfeit of the plaintiff's trademarks or any markings substantially indistinguishable therefrom, and all plates, molds, dies, tooling, machinery, assembly equipment and other means of making the same; and,

  (c)  All books and records showing:

5186891-1                 5

        (i)      Defendants' manufacture, receipt and sale of merchandise bearing the aforesaid trademarks either by reference to such trademarks or by style or code number or otherwise; and,

        (ii)     Defendants' manufacture, receipt and sale of any labels, tags, logos, decals, emblems, signs, and other forms of markings, any packaging, wrappers, pouches, containers and receptacles, and any catalogs, price lists, guarantees, promotional materials and the like bearing the aforesaid trademarks, either by reference to such trademarks or by style or code number or otherwise.

(3)    This Preliminary Injunction Order is issued without the posting by plaintiff of any additional bond.

(4)    The parties may take immediate and expedited discovery without regard to the time limitations set forth in Rules 30, 33, 34 and 36 of the Federal Rules of Civil Procedure.

(5)    The Supplemental Seizure Order of April 7, 2008, is hereby confirmed, and the counterfeit goods seized pursuant to the Court's Supplemental Seizure Order of April 7, 2008, may be destroyed, as provided for in 15 U.S.C. § 1118.

Dated: _____                        SO ORDERED:

                                                _____
                                                ROYCE C. LAMBERTH
                                                UNITED STATES DISTRICT JUDGE
                                                FOR THE DISTRICT OF COLUMBIA