UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHANEL, INC.  )
9 West 57th Street,  )
New York, NY 10019,  )
      Plaintiff,  )  Case No.: 08-0413 (RCL)
  vs.  )
VARIOUS JOHN DOES NOS. 1-300,  )
and XYZ COMPANIES NOS. 1-20,  )
      Defendants.  )

FILED

AUG - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER SUBSTITUTING NAMED DEFENDANTS FOR JOHN DOES

After having considered the pleadings on file and the arguments of counsel, this Court is of the opinion that the Plaintiff's Motion to Substitute Named Defendants for John Does shall be, and hereby is, GRANTED.

It is therefore ORDERED that:

    John Doe 4 is John H. Robinson; and

    John Doe 5 is Ghazi O. Alrashed; and

    John Doe 6 is El Hadji A. Thiam; and

    John Doe 7 is Anne K. Kabali Kagwa; and

    John Doe 8 is James Sha'Reyf Doddy; and

    John Doe 9 is Xiu Wong; and

    John Doe 10 is Alssime Diagne,; and

    John Doe 11 is Mai Loan B; and

    John Doe 12 is Anne K. Kabali Kagwa; and

    John Doe 13 is Carl Middleton; and

    John Doe 14 is Abdul H. Ganizada; and

John Doe 15 is Ye Sook Lee; and

John Doe 16 is Kieth Douglas Long; and

John Doe 17 is Baba Baro; and

John Doe 18 is Mohammad Guennioui; and

John Doe 19 is Kevin Thomas; and

John Doe 20 is Martha Alupo Ochieng; and

John Doe 21 is Mohammed Conde; and

John Doe 22 is Vickie Denise McNeal; and

John Doe 23 is Amos O. Ochien; and

XYZ Company 4 is Georgetown Cutting Edge Design; and

XYZ Company 5 is Sinai Jewelry; and

XYZ Company 6 is Lucky CNN Jewelry; and

XYZ Company 7 is Beauty Island, Inc.; and

XYZ Company 8 is May Jewelry; and

XYZ Company 9 is L & D Jewelry; and

XYZ Company 10 is Desiree Jewelry;

XYZ Company 11 is Majesty Jewelry; and

XYZ Company 12 is Shangri-La, Inc.; and

XYZ Company 13 is Silver, Gold & Electronics; and

XYZ Compnay 14 is High Design; and

XYZ Company 15 is Beauty Island, Inc.; and

XYZ Company 16 is High Design; and

XYZ Company 17 is Georgetown Cutting Edge Gallery; and

XYZ Company 18 is Georgetown Cutting Edge Gallery; and

XYZ Company 19 is High Design; and

XYZ Company 20 is Beauty World; and

XYZ Company 21 is Beauty Supply; and

XYZ Company 22 is Beltway Beauty and Barber Supply; and

XYZ Company 23 is Scott's Beauty Center; and

XYZ Company 24 is Beauty Zone #2555; and

XYZ Company 25 is M & H, Inc.; and

XYZ Company 26 is D.C. Beauty Supply; and

XYZ Company 27 is Beauty Max; and

XYZ Company 28 is Towné Gift Shop.

Dated: __8/1/08__

SO ORDERED:

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA