UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.<br>9 West 57th Street,<br>New York, NY 10019,<br>　　　　Plaintiff,<br>　　vs.<br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>　　　　Defendants. | Case No.: 08-0413 (RCL) |

**RETURN OF SERVICE/AFFIDAVIT OF SUMMONS AND COMPLAINT EXECUTED**

　　　　I hereby certify under penalty of perjury, on this 12th day of August 2008, that I am the attorney of record for the plaintiff in the above-entitled case and that the following defendants were personally served with process on the dates indicated:

　　　　1.　　On March 27, 2008, service was effected on the following individuals and/or business establishments:

　　　　　　(a)　　High Design, a business establishment located at 1257 Wisconsin Avenue, N.W., Washington, D.C. 20007.  Twenty-nine counterfeit items were seized; and

　　　　　　(b)　　Susan Duk Ja Chung, who was vending at 12th and G St. N.W., Washington, D.C.  Ms. Chung resides at 1802 Veirs Mill Rd., Rockville, Maryland 20851.  Fifty-four counterfeit items were seized; and

　　　　　　(c)　　Many Shoe Outlet, a business establishment located at 1509 5th Street N.W., Washington, D.C. 20002.  Four hundred and fifty-six counterfeit items were seized; and

  (d) Xiu Wong, who was vending at 1309 5th Street, N.E., Washington D.C. Ms. Wong resides at 1309 5th Street N.E., Washington, D.C. 20002. Four hundred and thirty counterfeit items were seized; and

  (e) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. N.W., Washington D.C. 20007. Twelve counterfeit items were seized; and

  (f) Linda Wei, who was vending at 10th and Pennsylvania Ave., N.W., Washington, D.C. Ms. Wei resides at 800 6th Street NW #309, Washington, D.C. 20001. Twenty-two counterfeit items were seized.

 2. On April 16, 2008 , service was effected on the following individuals and/or business establishments:

  (a) John H. Robinson, who was vending at K and 15th Streets NW, Washington, D.C. Mr. Robinson resides at 5351 Bline St. NE, Washington, D.C. 20019. Seventy-seven counterfeit items were seized; and

  (b) Ghazi O. Alrashed, who was vending at K St. and Vermont Ave. NW, Washington, D.C. Mr. Alrashed resides at 1512 Corcoran St. NW #4, Washington, D.C. 20009. Thirty-four counterfeit item were seized; and

  (c) El Hadji A. Thiam, who was vending at Prospect St. and Wisconsin Ave. NW, Washington, D.C. Mr. Thiam resides at 7600 Maple Ave. #304, Takoma Park, MD 20912. Thirteen counterfeit items were seized; and

  (d) Anne K. Kabali Kagwa, who was vending at 19th and M. Streets NW, Washington, D.C. Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, VA 22302. One counterfeit item was seized; and

  (e) John Doe, who was vending at Potomac and N Streets NW, Washington, D.C. Sixty-three counterfeit items were seized; and

  (f) Georgetown Cutting Edge Design, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007.  Twenty-Three counterfeit items were seized; and

  (g) James Sha'Reyf Doddy, who was vending at 601 Indiana Ave. NW., Washington, D.C.  Mr. Doddy resides at 1426 Pennsylvania Ave. SE, Washington, D.C. 20003.  Two counterfeit items were seized.

  3. On May 7, 2008 , service was effected on the following individuals and/or business establishments:

  (a) Sinai Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Eleven counterfeit items were seized; and

  (b) Lucky CNN Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Six counterfeit items were seized; and

  (c) Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009.  Forty-two counterfeit items were seized; and

  (d) Xiu Wong, who was vending at 1309 5th Street NE, Washington, D.C..  Ms. Wong resides at 1309 5th Street NE, Washington, D.C. 20002.  Eleven counterfeit items were seized; and

  (e) Alssime Diagne, who was vending at 13th and F Streets NW, Washington, D.C.  Mr. Diagne resides at 5800 Merton Ct. #182, Arlington, VA 22311.  Eighteen counterfeit item were seized; and

  (f) May Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Twenty-one counterfeit items were seized; and

  (g) L & D Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Fifty-nine counterfeit items were seized; and

      (h)      Desiree Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Fifteen counterfeit items were seized; and

      (i)      Majesty Jewelry, a business establishment located at 1351 Wisconsin Ave. NW, Washington, D.C. 20007.  Eleven counterfeit items were seized; and

      (j)      Mai Loan B, who was vending at 1748 Columbia Rd. NW, Washington, D.C. Ms. Loan B resides at 1748 Columbia Rd. NW, Washington, D.C. 20009.  Seventy-nine counterfeit item were seized; and

      (k)      Anne K. Kabali Kagwa, who was vending at 19th and M. Streets NW, Washington, D.C. Ms. Kagwa resides at 3242 S. 28th St. #101, Alexandria, VA 22302. Five counterfeit items were seized; and

      (l)      Shangri-La, Inc., a business establishment located at 1502 U St. NW, Washington, D.C. 20009.  Three counterfeit items were seized; and

      (m)      Silver, Gold & Electronics, a business establishment located at 1756 Columbia Rd. NW, Washington, D.C. 20009.  One counterfeit item was seized.

4.      On May 29, 2008 , service was effected on the following individuals and/or business establishments:

      (a)      High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007.  Seven counterfeit items were seized; and

      (b)      Beauty Island, Inc., a business establishment located at 1753 Columbia Rd. NW, Washington D.C. 20009.  Sixteen counterfeit items were seized; and

      (c)      Carl Middleton, who was vending at 5th Street and Neal Ave. NE, Washington D.C.  Mr. Middleton resides at 601 46th Place SE, Washington, D.C. 20019.  Five counterfeit items were seized; and

(d)    Abdul H. Ganizada, who was vending at L St. and Connecticut Ave. NW, Washington D.C. Mr. Ganizada resides at 301 N. Beauregard St., Alexandria, VA 22312. Eleven counterfeit items were seized; and

(e)    Ye Sook Lee, who was vending at 915 Rhode Island Ave. NW, Washington D.C. Mr. Lee resides at 7615 Hogarth St., Springfield, VA 22151-2918. Fourteen counterfeit items were seized; and

(f)    Kieth Douglas Long, who was vending at 4th St. and Rhode Island Ave. NE, Washington D.C. Mr. Long resides at 1730 17th St. SE, Washington, D.C. 20020. Fifteen counterfeit items were seized.

5.    On June 7, 2008, service was effected on the following individuals and/or business establishments:

(a)    High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Fifty-six counterfeit items were seized; and

(b)    Baba Baro, who was vending at the Florida Avenue Market, Washington D.C. Mr. Baro resides at 233 S. Wayne Ave. #12, Cincinnati, OH 45215. Nineteen counterfeit items were seized; and

(c)    Mohammad Guennioui, who was vending at the Florida Avenue Market, Washington D.C. Mr. Guennioui resides at 5846 Neckel St., Dearborn, MI 48126. Fifty-two counterfeit items were seized; and

(d)    Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Fourteen counterfeit items were seized; and

(e)    Kevin Thomas, who was vending at 410 Rhode Island Ave. NE, Washington, D.C. Mr. Thomas resides at 601 Edgewood St. NE, Washington, D.C. 20017. Two counterfeit items were seized; and

  (f) Martha Alupo Ochieng, who was vending at Wisconsin and N Streets NW, Washington, D.C. Ms. Ochieng resides at 14522 Banquo Terrace, Silver Spring, MD 20906. One hundred and nine counterfeit items were seized; and

  (g) Mohammed Conde, who was vending at the Florida Avenue Market, Washington, D.C. Mr. Conde resides at 11215 Oak Leaf Drive Apt. 511, Silver Spring, MD 20901. One counterfeit item was seized; and

  (h) Vickie Denise McNeal, who was vending at the Florida Avenue Market, Washington, D.C. Ms. McNeal resides at 9545 Sylvan Still Rd. Apt. Q, Laurel, MD 20723. Twenty-one counterfeit items were seized.

  6. On June 12, 2008 , service was effected on the following individuals and/or business establishments:

  (a) Georgetown Cutting Edge Gallery, a business establishment located at 1424 Wisconsin Ave. NW, Washington D.C. 20007. Two-hundred and eighty three counterfeit items were seized; and

  (b) Amos O. Ochien, who was vending at Wisconsin and N Streets NW, Washington, D.C. Mr. Ochien resides at 14522 Banquo Terrace, Silver Spring, MD 20906. Twenty-six counterfeit items were seized; and

  (c) High Design, a business establishment located at 1257 Wisconsin Ave. NW, Washington, D.C. 20007. Three counterfeit items were seized; and

  (d) Beauty World, a business establishment located at 2842 Alabama Ave. SE, Washington, D.C. 20020. One hundred and forty five counterfeit items were seized; and

  (e) Beauty Supply, a business establishment located at 2826 Alabama Ave. SE, Washington, D.C. 20020. Two hundred and eight counterfeit items were seized; and

   (f) Beltway Beauty and Barber Supply, a business establishment located at 3218 Pennsylvania Ave. SE, Washington, D.C. 20020. One hundred and thirteen counterfeit items were seized; and

   (g) Scott's Beauty Center, a business establishment located at 2324 Pennsylvania Ave. SE, Washington, D.C. 20020. One hundred and thirty-one counterfeit items were seized; and

   (h) Beauty Zone #2555, a business establishment located at 3950-B Minnesota Ave. SE, Washington, D.C. 20019. Seventy-eight counterfeit items were seized; and

   (i) M & H, Inc., a business establishment located at 3939 Minnesota Ave. SE, Washington, D.C. 20019. Fifty counterfeit items were seized; and

   (j) D.C. Beauty Supply, a business establishment located at 4049 Minnesota Ave. SE, Washington, D.C. 20019. One hundred and sixty-five counterfeit items were seized; and

   (k) Beauty Max, a business establishment located at 1539 Maryland Ave. NE, Washington, D.C. 20002. Nineteen counterfeit item were seized; and

   (l) Towné Gift Shop, a business establishment located at 4013 Minnesota Avenue. NE, Washington, D.C. 20019. Two hundred and ninety counterfeit items were seized.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2008

        Respectfully submitted,

         /s/ Ivan J. Snyder
        Ivan J. Snyder
        D.C. Bar No. 498461
        POWELL GOLDSTEIN LLP
        901 New York Avenue, N.W.
        Third Floor
        Washington, D.C. 20001
        202-347-0066
        202-624-7222 (Facsimile)

ATTORNEYS FOR PLAINTIFF
CHANEL, INC.

OF COUNSEL:

Brian W. Brokate, Esquire
Angelo E. P. Mazza, Esquire
GIBNEY, ANTHONY & FLAHERTY
665 Fifth Avenue
New York, New York
212-688-5151
212-688-8315 (Facsimile)