UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANEL, INC.,<br>9 West 57th Street<br>New York, New York 10019,<br><br>      Plaintiff,<br><br>vs.<br><br>VARIOUS JOHN DOES NOS. 1-300,<br>and XYZ COMPANIES NOS. 1-20,<br><br>      Defendants. | Case No. 1:08-cv-00413<br>Judge Royce C. Lamberth |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT and all parties of record:

      Please enter the appearance of **JONATHAN Y. AI**, and **Law Offices Ai & Associates, P.C.**, as counsel in this case for Defendant Shangri-La Day Spa.

                                                Respectfully submitted,

DATED: **08/04/08**                                    /s/  Jonathan Y. Ai
                                                       Jonathan Y. Ai
                                                       Bar No. MD14898
                                                       Law Offices Ai & Associates, P.C.
                                                       103 North Adams Street
                                                       Rockville, Maryland 20850
                                                       (301) 294-0780
                                                       EMAIL: jonathan@ailawpc.com

                                                       *Counsel for Defendant Shangri-La Day Spa*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing *Notice of Entry of Appearance* was served in person in Courtroom _**22A**_ on August 1, 2008 to:

Mr. Ivan Synder
Powell Goldstein, LLP
901 New York Avenue, N.W.
Third Floor
Washington, D.C. 20001

                                                      _/s/_ **Jonathan Y. Ai**_
                                                         Jonathan Y. Ai